# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Demontrell Williams White,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                      3:11cv10

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2011 Order.

                                                      Signed: January 7, 2011

                                                      Frank G. Johns, Clerk
                                                      United States District Court